**JUDGE CHIN**   **07 CV 3107**

5-638543
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

      Plaintiff,

  - against -

MAMA TROPICAL, INC.,

      Defendant.
------------------------------------------------------------X

APR 18 2007

CIVIL COMPLAINT
IN ADMIRALTY

  Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant MAMA TROPICAL, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

  1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Clause 14.4 of the Bill of Lading.

  2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

  3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

  4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

  5. Thereafter, the goods were carried to the ports of destination and delivered to the defendant and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $7,010.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,010.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 17, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

## SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant MAMA TROPICAL, INC. was and still is a corporation organized and existing under the laws of the State of New Jersey, with offices and a place of business at 7375 Joseph St., Newark, NJ 07105.

II. Details of shipment(s):

    1. Bill of Lading No. 800217453, dated March 2, 2007, from Tema to Newark via Algeciras on the Vessel RICKMERS, one (1) forty-foot Refrigerated hi-Cube SAID TO CONTAIN: FRESH YAMS, at the applicable tariff charge of $7,010.00 (Exhibit A). Defendant's check no. 1797 for $7,010.00 of March 20, 2007, issued to obtain release of the cargo, was dishonored by the bank due to Insufficient Funds (Exhibit B).

Amount Paid: $0                    Amount Due: $7,010.00

III. Total Amount Due: $7,010.00

| | | | B/L No. MAEU 800217453 |
|---|---|---|---|
| **Shipper/Exporter (complete name and address)** | | **Booking No.** 800217453 | |
| KENNAG LIMITED<br>PO BOX 11267<br>ACCRA NORTH GHANA<br>GHANA | | **Export references** 832742 | |
| **Consignee (complete name and address)** | | **Forwarding agent - references** | |
| MAMA TROPICAL INC<br>43 JOSEPH STREET<br>NEW JERSEY NJ07105 USA<br>USA | | GOLDWATER RESOURCES<br>COMMUNITY 1<br>PO BOX CO 3038<br>T/C58 SITE 7 TEMA | Shipper Memoranda not part of Bill of Lading |
| **Notify Party (complete name and address)** | | **Domestic routing/export instructions** | |
| **Pre-carriage by** | **Place of Receipt** TEMA | | |
| **Vessel** RICKMER RICKMERS | **Voy No.** 0706 | **Port of Loading** ALGECIRAS | **Onward inland routing** |
| **Port of Discharge** NEWARK | **Place of Delivery** NEWARK | | |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| Container No./Seal No.<br>Marks and Numbers | No. of Containers or pkgs | Kind of packages; description of goods | Gross Weight | Measurements |
| MWCU6738677<br>ML-GH0201384 | 1 | CY / CY<br>40'HCRF<br>1000 CARTON<br>FRESH YAMS<br><br>STOWED IN A REEFER CONTAINER<br>SET AT SHIPPERS REQUESTED<br>CARRIAGE TEMPERATURE OF -20<br>DEGREES CELSIUS | 25000.000 KGS | 15.000 CBM |

**NON NEGOTIABLE COPY**

**EXHIBIT "A"**

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 1.00* | 5500.00 | USD | HC | | 5500.00 |
| CARRIER SECURITY CHA | 6.00 | USD | SU | | 6.00 |
| PORT SECURITY CHARGE | 5.00 | USD | SU | | 5.00 |
| DOC FEE ORIGIN | | GHC | SM | 1321600.00 | |
| FREIGHT TAX SURCHARG | 40.00 | USD | SU | | 40.00 |
| EMERG BUNKER SURCHGE | 499.00 | USD | SU | | 499.00 |
| DEST HANDLING CHARGE | 600.00 | USD | SU | | 600.00 |
| CHASSIS USAGE CHARGE | 60.00 | USD | SU | | 60.00 |
| BUNKER ADJUST FACTOR | 250.00 | USD | | | |

Declared Value of US $<br>Number of Original B(s)/L

Total Prepaid  USD   469.18<br>Total Collect  USD  7010.00

**Place of Issue** TEMA<br>**Date** MAR 02 07

SEE ATTACHED SHEET

MAERSK INC.<br>As Agents only

MAR 02 2007

ATTACHMENT NO.

| | | | |
|---|---|---|---|
| DESTINATION DOC FEE | USD | 3M | |
| TIRE OUT CHARGE | GHC | SM | 35000.00 |
| REEFER MONITORING | GHC | SM | 2630000.00 |
| GOVERNM AND PORT TAX | GHC | SM | 1382400.00 |

MAERSK INC.



Bank of America Direct

| Check Info | |
|---|---|
| Account: | xxxxx9242 |
| Amount: | 7,010.00 |
| Check #: | 1797 |
| Posted Date: | 03/22/2007 |

Bank of America, N.A. Member FDIC.
©2002 Bank of America Corporation. All rights reserved.



EXHIBIT "A"