

5-638543
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                    Plaintiff,

      - against -

MAMA TROPICAL, INC.,

                    Defendant.
------------------------------------------------------------X

07 Civ. 3107 (CHIN)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

      PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       April 24, 2007

                    LAW OFFICES OF
                    ALBERT J. AVALLONE & ASSOCIATES

                    By_____
                    Albert J. Avallone - AA1679
                    Attorneys for Plaintiff
                    MAERSK LINE
                    551 Fifth Avenue, Suite 1701
                    New York, NY 10176
                    (212) 696-1760

SO ORDERED:

_____
      U.S.D.J.

4/25/07